**Order entered November 1, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00339-CR

**DANIEL JOSEPH SHAW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-25541-U**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the July 19, 2018 motion of Bruce C. Kaye for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Bruce C. Kaye as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Daniel Joseph Shaw, TDCJ No. 02187670, Gurney Unit, 1385 FM 3328, Palestine, Texas, 75803.

/s/     JASON BOATRIGHT
        JUSTICE